1  FELICIA C. CURRAN, State Bar No.131526
   LAW OFFICES OF FELICIA C. CURRAN
2  1999 Harrison Street, Suite 1350
   Oakland, CA 94612
3  Telephone:     (510) 588-7535
   Facsimile:      (510) 987-7575
4  email: felicia@feliciacurranlaw.com

5  Attorneys for Plaintiff
   MASHAL NASIRI

UNITED STATES DISTRICT COURT

OF THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASHAL NASIRI, | Case No. C-15-0515 LB |
| Plaintiff | **STIPULATION AND [PROPOSED]** |
| vs. | **ORDER SELECTING ADR PROCESS** |
| SAINT MARY'S COLLEGE OF CALIFORNIA, | |
| Defendant. | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5.

The parties agree to participate in the following ADR process:

Private mediation with mediator David A. Lowe, Esq. on July 21, 2015.

DATED: June 11, 2015           LAW OFFICES OF FELICIA C. CURRAN




                                _____/s/_____
                                By FELICIA C. CURRAN

                                Attorney for Plaintiff MASHAL NASIRI

//

//

| | | |
|---|---|---|
| 1 | DATED: June 11, 2015 | GORDON & REES, LLP |
| 2 | | MICHAEL T. LUCEY |
| | | MARCIE ISOM FITZSIMMONS |
| 3 | | MAYA OHANA |
| 4 | | |
| 5 | | _____/s/_____ |
| | | By: MAYA OHANA |
| 6 | | |
| 7 | | Attorneys for Defendant |
| | | SAINT MARY'S COLLEGE OF CALIFORNIA |

(Lines 8–28 blank)

1  Pursuant to the parties' Stipulation and Proposed Order Selecting ADR Process, and good
2  cause appearing,
3  It is hereby ordered that the parties shall complete ADR proceedings on or before July 21,
4  2015 as stipulated.
5  IT IS SO ORDERED.
6  Dated: June 12, 2015

_____
HONORABLE LAUREL BEELER

UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE
OF THE NORTHERN DISTRICT OF CALIFORNIA

|   |   |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | STATE OF CALIFORNIA, COUNTY OF ALAMEDA ) ss. |
| 3 | I am a citizen of the United States of America, employed in the County of Alameda, State |
| 4 | of California; I am over the age of 18 years and not a party to the within entitled action; my |
| 5 | business address is 1999 Harrison Street, Suite 1350, Oakland, California, 94612. |
| 6 | On June 11, 2015, I served the documents, described as: |
| 7 | **STIPULATION AND PROPOSED ORDER SELECTING ADR PROCESS** |
| 8 | on the interested parties to said action by the following means: |

1  **PROOF OF SERVICE**

2  STATE OF CALIFORNIA, COUNTY OF ALAMEDA ) ss.

3  I am a citizen of the United States of America, employed in the County of Alameda, State

4  of California; I am over the age of 18 years and not a party to the within entitled action; my

5  business address is 1999 Harrison Street, Suite 1350, Oakland, California, 94612.

6  On June 11, 2015, I served the documents, described as:

7  **STIPULATION AND PROPOSED ORDER SELECTING ADR PROCESS**

8  on the interested parties to said action by the following means:

9   []  (By Mail)  By placing a true copy thereof, enclosed in a sealed envelope with postage

10  thereon fully prepaid, for collection and mailing on that date following ordinary business

11  practices, in the United States Mail at the Law Offices of Felicia C. Curran, Oakland,

12  California, addressed as shown below.  I am readily familiar with this business's practice

13  for collection and processing of correspondence for mailing with the U.S. Postal Service,

14  and in the ordinary course of business correspondence would be deposited with the U.S.

15  Postal Service the same day it was placed for collection and processing.

16  [ ]  (By Mail)  By placing a true copy thereof, enclosed in a sealed envelope with postage

17  thereon fully prepaid, in the United States Mail at Oakland, California, addressed as

18  shown below.

19  [ ]  (By Personal Service)  By personally delivering a true copy thereof, enclosed in a sealed

20  envelope, to the addressees shown below.

21  [ ]  (By Hand Delivery)  By causing a true copy thereof, enclosed in a sealed envelope, to be

22  delivered by hand to the addresses shown below –.

23  [ ]  (By Overnight Delivery)  By placing a true copy thereof, enclosed in a sealed envelope,

24  with delivery charges prepaid, to be sent by Fed Ex, addressed as shown below.

25  []  (By Facsimile Transmission)  By transmitting a true copy thereof by facsimile

26  transmission from facsimile number (510) 987-7575, to the interested parties to said

27  action; the transmission was reported as complete and without error –

28

1   [ **X** ]   (By Electronic Transmission)  By transmitting a pdf copy thereof by electronic
2          transmission from e-mail address felicia@feliciacurranlaw.com to the interested parties to
3          said action; the transmission was reported as complete and without error, and a copy of
4          the transmission report is attached hereto and incorporated herein by reference.
5          I declare under penalty of perjury that the foregoing is true and correct.  Executed on June
6   11,  2015,  at Oakland, California.

8                         _____
                          FELICIA C. CURRAN

1  **PROOF OF SERVICE LIST:**

2  Michael T. Lucey, Esq.
   Marcie Isom Fitzsimmons, Esq.
3  Maya Ohana, Esq.
   Gordon & Rees
4  275 Battery Street, Suite 2000
   San Francisco, CA 94111
5  Phone: (415) 986-5900
   Fax:   (415) 986-8054
6

7  Attorneys for Defendant SAINT MARY'S COLLEGE OF CALIFORNIA